UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BENJAMIN A. RINE,<br><br>      Plaintiff,<br><br>v.<br><br>I. C. SYSTEM, INC. and<br>CHARTER COMMUNICATIONS, INC.,<br><br>      Defendants. | Case No. 1:20-cv-696<br><br>Hon. Hala Y. Jarbou |

## NOTICE OF SETTLEMENT

Plaintiff Benjamin A. Rine, by and through his counsel, hereby gives notice pursuant to Local civil Rule 40.3 that an agreement has been reached by and between the parties to resolve Plaintiff's claims and dismiss the case. Plaintiff expects that the settlement agreement will be effectuated and a dismissal with prejudice will be filed within 45 days of today's date.

Respectfully submitted,

Dated:  October 21, 2020

/s/ Theodore J. Westbrook
Theodore J. Westbrook
**Westbrook Law PLLC**
Attorney for Plaintiff
6140 28th St. SE, Suite 115
Grand Rapids, MI 49546
(616) 288-9548
twestbrook@westbrook-law.net