**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

BENJAMIN A. RINE,

    Plaintiff,

vs.

I.C. SYSTEM, INC. and
CHARTER COMMUNICATIONS, INC.,

    Defendant.
_____/

Case No.: 20-00696

Hon. Hala Y. Jarbou

Mag. Ray Kent

| | |
|---|---|
| THEODORE J. WESTBROOK (P70834)<br>Westbrook Law PLLC<br>Attorney for Plaintiff<br>6140 28th Street, SE, Suite 115<br>Grand Rapids, MI 49546<br>(616) 288-9548/(616)888-6111 [fax]<br>twestbrook@westbrook-law.net | PATRICK A. WATTS, MO Bar #61701<br>Malone Frost Martin, PLLC<br>Attorney for Defendant I.C. System, Inc.<br>7733 Forsyth Blvd Suite 600<br>St. Louis Missouri 63105<br>(314) 669-5490/(888) 632-6937 Fax<br>pwatts@mamlaw.com |
| MARK SHREVE (P29149)<br>DAN KEITH (P83084)<br>Garan Lucow Miller, P.C.<br>Attorney for Defendant Charter<br>1450 W. Long Lake Rd., Ste. 350<br>Troy, MI 48098-6333<br>(248) 641-7600/(248) 641-0222 [fax]<br>mshreve@garanlucow.com | |

_____/

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

The parties, through their respective counsel of record, stipulate and agree to dismissal of all Plaintiff's remaining claims, with prejudice and without costs or attorney fees to any party.

STIPULATED AND AGREED:

/s/ Theodore J. Westbrook
Theodore J. Westbrook, P70834
Westbrook Law PLLC
Attorney for Plaintiff

/s/ Mark Shreve
Mark Shreve, P29149
Garan Lucow Miller, P.C.
Attorney for Defendant Charter

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED THAT** all of Plaintiff's claims are dismissed with prejudice and without costs or attorney fees to any party.

This Order resolves all claims against all parties and closes the case.

IT IS SO ORDERED.

Dated: January 15, 2021  /s/ Hala Y. Jarbou
  HON. HALA Y. JARBOU
  United States District Court Judge